SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JUN 20 2017

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 2:17-CR-90-DBH |
| v. ) | |
| ) | 18 U.S.C. §§ 922(g)(1) and 924(a) |
| KEON SHINE ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| DANE MITCHELL ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On about April 8, 2017, in the District of Maine, defendant

### KEON SHINE

having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

> One count of receiving a stolen motor vehicle, in violation of c266 § 28(a), in Commonwealth of Massachusetts, Norfolk County Court, Docket number 1082CR00796, judgment having entered on February 28, 2011; and

> Three counts of assault and battery with a dangerous weapon, in violation of c265 §15A(b), in Commonwealth of Massachusetts, Norfolk County Court, Docket number 1082CR00796, judgment having entered on February 28, 2011,

knowingly possessed, in and affecting commerce, the following firearms: (1) Glock, Model 19, 9MM Pistol, Serial BDCZ368; and (2) Glock, Model 23, .40 Caliber Pistol, Serial BCDW171, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

### COUNT TWO

On about April 8, 2017, in the District of Maine, defendant

### DANE MITCHELL

having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

> One count of possessing a firearm without a permit, in the Commonwealth of Massachusetts, Suffolk County Superior Court, Docket number 1484CR10719A, judgment having entered on June 8, 2016; and
>
> One count of possessing a firearm with a defaced serial number, in violation of 269 § 11(c), in the Commonwealth of Massachusetts, Suffolk County Superior Court, Docket number 1484CR10719D, judgment having entered on June 8, 2016,

knowingly possessed, in and affecting commerce, the following firearms: (1) Glock, Model 19, 9MM Pistol, Serial BDCZ368; and (2) Glock, Model 23, .40 Caliber Pistol, Serial BCDW171, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT THREE

On about April 8, 2017, in the District of Maine, defendant

## KEON SHINE

having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

> One count of receiving a stolen motor vehicle, in violation of c266 § 28(a), in Commonwealth of Massachusetts, Norfolk County Court, Docket number 1082CR00796, judgment having entered on February 28, 2011; and
>
> Three counts of assault and battery with a dangerous weapon, in violation of c265 §15A(b), in Commonwealth of Massachusetts, Norfolk County Court, Docket number 1082CR00796, judgment having entered on February 28, 2011,

knowingly possessed, in and affecting commerce, the following ammunition:

(1) 1 Qty - API 9MM 115 FMJ 50 ($14.50)

(2) 1 Qty- CCI BLAZER BRS 38SP 125 FMJ 50 ($24.00)

(3) 1 Qty- MAT CFPR 40SW 180 FMC 50 ($21.00)

(4) 1 Qty- PMC CFPR 380ACP 90 FMJ 50 ($18.50)

all of which was purchased at Howell's Gun Shop, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT FOUR

On about April 8, 2017, in the District of Maine, defendant

## DANE MITCHELL

having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

> One count of possessing a firearm without a permit, in the Commonwealth of Massachusetts, Suffolk County Superior Court, Docket number 1484CR10719A, judgment having entered on June 8, 2016; and

> One count of possessing a firearm with a defaced serial number, in violation of 269 § 11(c), in the Commonwealth of Massachusetts, Suffolk County Superior Court, Docket number 1484CR10719D, judgment having entered on June 8, 2016,

knowingly possessed, in and affecting commerce, the following ammunition:

(1) 1 Qty - API 9MM 115 FMJ 50 ($14.50)

(2) 1 Qty- CCI BLAZER BRS 38SP 125 FMJ 50 ($24.00)

(3) 1 Qty- MAT CFPR 40SW 180 FMC 50 ($21.00)

(4) 1 Qty- PMC CFPR 380ACP 90 FMJ 50 ($18.50)

all of which was purchased at Howell's Gun Shop, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

A TRUE BILL
Signature redacted. Original on file.

Foreperson

_____
Assistant United States Attorney
Dated: 6/20/17

3